WENDEL ANDREAS, appellant,

v.

HATTIE ANDREAS, respondent.

[Argued July 2d, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Howell, whose opinion is reported in *84 N. J.*
*Eq. 375.*

*Messrs. McCarter & English,* for the appellant.

*Messrs. Vredenburgh, Wall & Carey,* for the respondent.

PER CURIAM.

The bill in this case was filed by the husband against his wife
to compel her to convey to him a tract of land which originally
was owned by him, and which he had deeded to her through one
Van Valen as a conduit.   His claim was that the premises were
conveyed to the wife under conditions which created a resulting
trust in his favor, and that she refused to execute that trust.
The contention of the wife was that the conveyance was intended
to be by way of a voluntary settlement upon her.   The learned
vice-chancellor before whom the case was heard, after a consider-
ation of all the testimony, concluded that the complainant had
failed to rebut the presumption of a gift in favor of the wife
by proof of the convincing character required in such a case.
We concur in the conclusion thus reached, and are satisfied with
the opinion of the vice-chancellor upon this point.   This being
so we find it unnecessary to consider the other question discussed
by him, namely, whether, if the proofs submitted by the com-
plainant had been sufficient to establish a resulting trust, his
purpose in creating it (to induce the tax assessor to cut down
the assessed valuation of certain lands held by him of which the

*locus in quo* was a part), was so contrary to public policy as to justify a court of equity in refusing its aid in enforcing the trust.

The decree appealed from will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, WHITE, TERHUNE, TAYLOR—15.

*For reversal*—None.